# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Court Administrator • Clerk of Court

701 Clematis Street, Room 402
West Palm Beach, Florida 33401
(561) 803-3400

## TRANSMITTAL LETTER

TO: CLERK, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: USA v ANTHONY J. FARERI   EGS
Your Case No.: CR-09-054
Our Case No.: 09-8059-AEV

DATE: March 11, 2009

FILED by _____ D.C.
MAR 2 3 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===============================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to Rule 40

Please find enclosed the following documents:

_____    Original file

__XX__    Certified File

_____    Magistrate Proceedings -Original Pleadings

_____    CASH Bond   Amount $_____
(Note: Cash is not included in this transmittal and will be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter and sending it to:

UNITED STATES DISTRICT COURT
CLERK OF COURT
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

RECEIVED
MAR 1 6 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Yours sincerely
By /s/ Kenneth J. Zuniga, Deputy Clerk

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*